## Stout v. Pate.

Duckworth, Chief Justice. A direct bill of exceptions will not lie to a judgment sustaining or striking a plea of res judicata, for the reason that such judgment is not final or otherwise within the meaning of Code (Ann. Supp.) § 6-701 (Ga. L. 1890-91, p. 82; 1946, pp. 726, 730). *City of Tallapoosa* v. *Brock*, 143 *Ga*. 599 (85 S. E. 755); *Johnson* v. *Merchants' & Farmers' Bank*, 141 *Ga*. 721 (81 S. E. 873); *Harris* v. *Stowers*, 192 *Ga*. 215 (15 S. E. 2d, 193); *Peerless Laundry Co.* v. *Abraham*, 193 *Ga*. 179 (17 S. E. 2d, 267). The judgment here complained of, in which the plaintiff's plea of res judicata was stricken, not being such a "final" judgment, the writ of error is premature, and the motion to dismiss must be sustained.

*Writ of error dismissed. All the Justices concur, except Atkinson, P. J., and Wyatt, J., not participating.*

No. 18102. Argued January 15, 1953—Decided February 9, 1953.

*Hugh G. Head Jr.*, for plaintiff in error.
*Nall & Sterne, Clarke & Anderson* and *Clinton J. Morgan*, contra.